```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 34101
    ANITA WHITESIDE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7933

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/14/2004 and was confirmed 12/06/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSECURED         1551.29             .00           155.13
HSBC AUTO FINANCE          SECURED           6250.00          1028.45          6250.00
HSBC AUTO FINANCE          UNSECURED         1356.60             .00           135.66
ECAST SETTLEMENT CORP      UNSECURED          367.89             .00            36.79
SHERMAN ACQUISITION        UNSECURED         3206.99             .00           320.70
SHERMAN ACQUISITION        UNSECURED         2543.29             .00           254.33
ROUNDUP FUNDING LLC        UNSECURED         2653.00             .00           265.30
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,905.20                          1,905.20
TOM VAUGHN                 TRUSTEE                                              644.68
DEBTOR REFUND              REFUND                                               243.76

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  11,240.00

PRIORITY                                             .00
SECURED                                         6,250.00
    INTEREST                                    1,028.45
UNSECURED                                       1,167.91
ADMINISTRATIVE                                  1,905.20
TRUSTEE COMPENSATION                              644.68
DEBTOR REFUND                                     243.76
                          ---------------      ---------------
TOTALS                   11,240.00              11,240.00




                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 34101 ANITA WHITESIDE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE